IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERRENCE D. BECTON | § § § | |
| *Plaintiff*, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4-23-CV-393-ALM |
| C.H. ROBINSON WORLDWIDE, INC.; C.H. ROBINSON COMPANY INC., LEADER EXPRESS LLC; NP EXPRESS, LLC and LOUIS A. ZEISLER | § § § § § § § | Jury Demand |
| *Defendants*. | § § § | |

**DEFENDANTS C.H. ROBINSON WORLDWIDE, INC.'S
AND C.H. ROBINSON COMPANY, INC.'S
NOTICE OF SERVING INITIAL DISCLOSURE**

**TO THE HONORABLE U.S. DISTRICT JUDGE AMOS L. MAZZANT, III**:

Pursuant to the Court's Order Governing Proceedings, the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court of the Eastern District of Texas, I certify that a copy of Defendants C.H. Robinson Worldwide, Inc. and C.H. Robinson Company, Inc.'s Initial Disclosure was served upon Counsel of Record on this 28th day of July, 2023.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:     */s/ Roland G. Hamilton*
           **Roland G. Hamilton**
           **ATTORNEY-IN-CHARGE**
           State Bar No. 24002217
           5151 San Felipe Street, Suite 800
           Houston, Texas  77056
           Telephone: (713) 425-7400
           Telecopier: (713) 425-7700
           E-mail: rhamilton@krcl.com

**COUNSEL FOR DEFENDANTS C.H. ROBINSON COMPANY INC. AND C.H. ROBINSON WORLDWIDE, INC.**

## CERTIFICATE OF SERVICE

        This is to certify that on this the 28th day of July, 2023, a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic delivery, facsimile and/or U.S. Mail.

Bryan M. Meredith,
**MEREDITH LAW FIRM, PLLC**
l715 Aaron Brenner Drive, Suite 450
Memphis, TN  38120

Matthew E. Wright
**The Law Firm For Truck Safety, LLP**
840 Crescent Centre Drive, Suite 310
Franklin, TN 37067

James C. Erdle, Jr.
Joseph D. Zopolsky
Aaron Kidder
**GLAST, PHILLIPS & MURRAY, P.C.**
14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449

           */s/ Roland G. Hamilton*
           **Roland G. Hamilton**