**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TERRENCE D. BECTON** | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4-23-CV-393-ALM** |
| | § | |
| | § | |
| **C.H. ROBINSON WORLDWIDE, INC.;** | § | **Jury Demand** |
| **C.H. ROBINSON COMPANY INC.,** | § | |
| **LEADER EXPRESS LLC;** | § | |
| **NP EXPRESS, LLC and** | § | |
| **LOUIS A. ZEISLER** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

---

**JOINT NOTICE OF SETTLEMENT**

---

COME NOW, Plaintiff Terrence D. Becton ("Plaintiff") and Defendants C.H. Robinson

Worldwide, Inc. and C.H. Robinson Company, Inc. ("C.H. Robinson Defendants") and file this

Joint Notice of Settlement and would show this Honorable Court as follows:

**I.**

Plaintiff Terrence D. Becton and Defendants C.H. Robinson Worldwide, Inc. and C.H.

Robinson Company, Inc. have successfully reached an agreement to settle the claims of Plaintiff

against C.H. Robinson Defendants only in this matter.  This settlement renders C.H. Robinson

10602961 v1 (74055.00042.000)

1

Defendants' Motion for Protective Order and C.H. Robinson Defendants' Motion for Summary

Judgment on FAAAA Preemption moot.

## II.

Plaintiff's claims against Defendants Leader Express, LLC, NP Express, LLC and Louis

A. Zeisler remain active.

## III.

Plaintiff and C.H. Robinson Defendants expect to file dismissal documents regarding

Plaintiff's claims against C.H. Robinson Defendants in the near future, upon finalization and

funding of settlement.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Roland G. Hamilton*
  Roland G. Hamilton
  **ATTORNEY-IN-CHARGE**
  State Bar No. 24002217
  *rhamilton@krcl.com*
  Hannah M. Addison
  State Bar. No. 24115163
  *haddison@krcl.com*
  5151 San Felipe Street, 8th Floor
  Houston, Texas 77056
  Telephone:713.425.7400
  Facsimile:  713.425.7700

**COUNSEL FOR DEFENDANTS**
**C.H. ROBINSON COMPANY INC., AND**
**C.H. ROBINSON WORLDWIDE, INC.**

By: */s/ Matthew E. Wright*
  Matthew E. Wright
  Attorney-In-Charge For Plaintiff
  TN State Bar No. 022596

2

**THE LAW FIRM FOR TRUCK SAFETY, LLP**
840 Crescent Centre Drive, Suite 310
Franklin, TN 37067
matt@truckaccidents.com

Michael Jay Leizerman
OH Bar No. 0063945
**THE LAW FIRM FOR TRUCK SAFETY, LLP**
3232 Executive Parkway, Suite 106
Toledo, OH 43606
michael@truckaccidents.com

Bryan M. Meredith
TN State Bar No. 026876
**MEREDITH LAW FIRM, PLLC**
1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
bryan@meredithlegal.com

**COUNSEL FOR PLAINTIFF**
**TERRENCE D. BECTON**

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing has been forwarded to all counsel of record.  I hereby certify that on the 7th day of February, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" ("Notice") to the attorneys of record.

**<u>COUNSEL FOR PLAINTIFF</u>**
Matthew E. Wright
*Attorney-in-Charge for Plaintiff*
TN State Bar No. 022596
**THE LAW FIRM FOR TRUCK SAFETY, LLP**
840 Crescent Centre Drive, Suite 310
Franklin, TN 37067
matt@truckaccidents.com

*-AND-*

Michael Jay Leizerman,
OH Bar No. 0063945
**THE LAW FIRM FOR TRUCK SAFETY, LLP**
3232 Executive Parkway, Suite 106
Toledo, OH 43606
michael@truckaccidents.com

*-AND-*

Bryan M. Meredith
TN State Bar No. 026876
**MEREDITH LAW FIRM, PLLC**
1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
bryan@meredithlegal.com

**<u>COUNSEL FOR DEFENDANTS</u>**
**<u>NP EXPRESSS, LLC; LEADER EXPRESS; & LOUIS A. ZEISLER</u>**
James C. Erdle, Jr.
*Attorney-in-Charge*
State Bar No. 24069680
**GLAST, PHILLIPS & MURRAY, P.C.**
14801 Quorum Drive, Suite 500
Dallas, TX 75254-1449

4

10602961 v1 (74055.00042.000)

jerdle@gpm-law.com

     *-AND-*

**Of Counsel:**
Joseph D. Zopolsky
State Bar No. 24033500
Misty M. Escobedo
State Bar No. 24066810
**GLAST, PHILLIPS & MURRAY, P.C.**
P.C.  14801 Quorum Drive, Suite 500
Dallas, TX 75254-1449
jzopolsky@gpm-law.com
mescobedo@gpm-law.com

                 */s/ Roland G. Hamilton*
                 **Roland G. Hamilton**

5