IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERRANCE D. BECTON, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| C.H. ROBINSON COMPANY, INC., | § | CIVIL  ACTION  NO.  <u>4:23-CV-393</u> |
| C.H. ROBINSON WORLDWIDE, INC., | § | |
| LEADER EXPRESS, LLC, | § | |
| NP EXPRESS, LLC AND | § | |
| LOUIS A. ZEISLER, | § | |
|     *Defendants*. | § | |

## <u>ORDER ON STIPULATION OF DISMISSAL</u>

After considering the parties' stipulation of dismissal, the Court GRANTS the stipulation and dismisses the case WITH PREJUDICE, with each party to pay its own costs and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED this 10th day of April, 2024.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE